**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL BROWN,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:21-cv-05146** |
| | : | |
| **v.** | : | **Chief Judge Algenon L. Marbley** |
| | : | |
| **WILLIAM COOL,** *et al.*, | : | **Magistrate Judge Kimberly A. Jolson** |
| | : | |
| **Defendants.** | : | |

## ORDER

This matter is before the Court on Plaintiff Michael Brown's First Motion for Summary Judgment (ECF No. 43).  The Magistrate Judge issued a Report and Recommendation (ECF No. 46) on March 1, 2023, recommending that this Court deny the motion without prejudice to renewal. (And, in fact, Plaintiff has already filed a renewed motion for summary judgment.)  In the Report and Recommendation, the Magistrate Judge noted that any objections must be filed within 14 days of the Report, *i.e.*, by March 15, 2023.  Since no objections have been filed thereto and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendations (ECF No. 43) and **DENIES WITHOUT PREJUDICE** Plaintiff's First Motion for Summary Judgment (ECF No. 43).

This Order has no effect on Plaintiff's Second Motion for Summary Judgment (ECF No. 54) or on Defendants' Motion for Summary Judgment (ECF No. 66), which is not yet ripe.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  August 16, 2023**